IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
NOV 26 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

UNITED STATES OF AMERICA AND )
RITA R. DALTON, REVENUE OFFICER, )
INTERNAL REVENUE SERVICE, )
)
              Plaintiffs, )
)
     v. ) C.A. NO. 12-6072
)
MARY FRANCES COOTS, )
)
)
              Defendant. )

O R D E R

AND NOW, this 26th day of Nov., 2012, the Complaint herein having come on for hearing, and the Defendant, not having appeared in person and having shown no cause why she should not produce the required information, it is

ORDERED, ADJUDGED AND DECREED that Defendant obey the Summons served upon her on January 25, 2012 by giving testimony and by producing the books, records and other information as required by said Summons, before Plaintiff Revenue Officer or any properly designated officer of the Internal Revenue Service at such time and place as may be fixed by either of them, and it is further

ORDERED, ADJUDGED AND DECREED that the United States of America recover its costs incurred in enforcing the Summons.

BY THE COURT:

_Robert D. Kelly_
J.